DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FERNANDO CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FERNANDO CORTEZ,<br><br>　　　　Defendant. | NO. 6:10-cr-00013 MJS<br><br>*AMENDED* STIPULATION TO CONTINUE MOTIONS HEARING AND RE-SET MOTIONS SCHEDULE; ORDER<br><br>Date:  November 17, 2010<br>Time:  10:00 A.M.<br>Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule in the above-captioned matters may be set as follows:  Defense motions shall be due on or before October 27, 2010, government response(s) shall be due on or before November 8, 2010, **and the hearing on motions now set for October 10, 2010, may be continued to Wednesday, November 17, 2010, at 10:00 A.M.**

　　　　This continuance is requested because defense counsel has only recently been appointed to this matter and needs sufficient time to file any appropriate motions on behalf of defendant and the government will then need sufficient time to file any appropriate response prior to the hearing.  The requested continuance will save time and resources for both the court and counsel.

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for further defense
3 preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

5 Dated: October 5, 2010                                By:   /s/ Susan St. Vincent
                                                                    SUSAN ST. VINCENT
6                                                                   Acting Legal Officer for
                                                                    National Park Service

8 Dated: October 5, 2010                                By:   /s/ Melody M. Walcott
                                                                    MELODY M. WALCOTT
9                                                                   Office of the Federal Defender
                                                                    Attorney for Defendant
10                                                                  Fernando Cortez

12 IT IS SO ORDERED.

13 Dated:   October 12, 2010              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE